1　Peter R. Dion-Kindem (SBN 95267)
　　Peter R. Dion-Kindem, P. C.
2　Dion-Kindem & Crockett
　　21031 Ventura Blvd., Suite 401
3　Woodland Hills, CA 91364
　　Telephone:　(818) 883-4400
4　Fax:　　　　(818) 676-0246

5　Attorneys for Plaintiff Barry Rosen

6

7

8　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　　CENTRAL DISTRICT OF CALIFORNIA

10

11　　　　　　　　　　　　　CV12-08369 PSG (VBKx)

12　Barry Rosen,　　　　　　　　Case No.

13　　　　　　　　　　　　　　Complaint for Copyright
　　　　　　　　　　　　　　　Infringement
14　　　　　　Plaintiff,

15　　　　　　vs.　　　　　　　Demand for Jury Trial

16　SoftLayer Technologies, Inc., and

17　Does 1 through 10,

18　　　　　　Defendants.

19

20　　　　Plaintiff Barry Rosen ("Plaintiff") alleges:

21　　　　　　　　　　**Jurisdiction and Venue**

22
23　1.　**Subject Matter Jurisdiction.** This action arises under the Copyright Act, 17

24　　　U.S.C. § 101 *et seq.* This Court has original subject matter jurisdiction over

25　　　all claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

26　2.　**Venue.** Venue is proper in this Court pursuant to 28 U.S.C. Section 1391

27　　　(b), (c), and Section 1400(a).

28　3.　**Personal Jurisdiction.** Personal jurisdiction is proper over the Defendants

　　　　　　　　　　　　　**Complaint**
　　　　　　　　　　　　　　　1

because they either reside in California or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business and enter into contracts with individuals in California, including within the County of Los Angeles. Each of the Defendants, therefore, has purposefully availed itself of the privilege of doing business in California, and material elements of Defendants' wrongdoing occurred in this State, *i.e.*, Defendants caused the infringing images to be distributed to and displayed in Los Angeles County to thousands of persons.

4. Plaintiff does not presently know the true names and capacities of the defendants named as Does 1 through 10 and therefore sues such defendants by these fictitious names. Plaintiff believes that the Doe Defendants are persons or entities who are involved in the acts set forth below, either as independent contractors, agents, or employees of the known defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts, for financial gain and profit, in violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this Complaint to set forth their true names, identities and capacities when Plaintiff ascertains them. The Doe defendants and the known Defendants are referred to hereinafter collectively as "Defendants."

5. Defendants have been or are the principals, officers, directors, agents, employees, representatives, and/or co-conspirators of each of the other defendants, and in such capacity or capacities participated in the acts or conduct alleged herein and incurred liability therefor. At some unknown time, the Defendants, or some of them, entered into a conspiracy with other of the Defendants to commit the wrongful acts described herein. The actions described below were taken in furtherance of such conspiracy. Defendants

**Complaint**

aided and abetted each other in the wrongful acts alleged herein. Each of the Defendants acted for personal gain or in furtherance of their own financial advantage in doing the acts alleged below.

### First Claim for Relief for Copyright Infringement
### (Against All Defendants)

6.  Plaintiff realleges paragraph 1 through 5.

7.  Plaintiff is a photographer. Plaintiff created the photographs identified in Exhibit 1 hereto ("Photographs"). Each of the Photographs consists of material original with Plaintiff and each is copyrightable subject matter. Plaintiff is the owner of all right, title, and interest in and to each of the Photographs. Plaintiff has registered the copyrights for the Photographs and has been issued Certificates of Registration.

8.  Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights, *inter alia*, to reproduce, distribute and publicly display the Photographs. (17 U.S.C. §§ 106(1), (3), and (5).)

9.  Defendant SoftLayer Technologies, Inc. ("SoftLayer") is a company that provides web-hosting services, including the company or person that operates the listall.com website.

10.  Within the last three years, Plaintiff discovered that Defendants, without Plaintiff's permission, consent or authority, (1) made or caused to be made unauthorized copies of the Photographs, (2) distributed, made available for distribution, and/or facilitated the unauthorized distribution of unauthorized copies of the Photographs, and/or (3) publicly displayed, made available for, and/or facilitated, the unauthorized public display of the Photographs, on the website listall.com.

11.  Such conduct constitutes direct infringement of Plaintiff's copyrights and

**Complaint**

exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

12.    Defendants have engaged and continue to engage in the business of inducing, causing, and/or materially contributing to the unauthorized reproduction, public display, and/or distribution of copies of the Photographs. Plaintiff gave notice to Defendant SoftLayer of the infringing activity that was occurring on the listall.com website, but Softlayer did not thereafter take simple measures available to it to prevent the infringing activity. Defendants enabled, induced, facilitated, and/or materially contributed to each act of infringement by infringing users. Defendants' conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

13.    Defendants have and have had the right and ability to control the infringing conduct alleged above. Defendants have derived, or have continuously attempted to derive, a direct financial benefit from the infringing use of the Photographs. As a direct and proximate result of Defendants' failure and refusal to control and prevent the infringing activity, Defendants have infringed Plaintiffs' copyrights in the Photographs as set forth above. Defendants' conduct constitutes vicarious infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

14.    Defendants' acts of infringement were willful, intentional, and purposeful, and/or in reckless disregard of and with indifference to Plaintiff's rights in that Defendants knew or recklessly failed to know that they did not have the right to use the Photographs in the manner in which they used the

Photographs.

15.   As a direct and proximate result Defendants' infringements, Plaintiff was damaged, and Plaintiff is entitled to his actual damages and Defendants' profits pursuant to 17 U.S.C. section 504(b).

16.   Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. Section 504(c) with respect to each work infringed or such other amounts as may be proper under 17 U.S.C. Section 504(c).

17.   Plaintiff is entitled to attorneys' fees and costs pursuant to 17 U.S.C. Section 505.

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

1.   For Plaintiff's actual damages.

2.   For a full accounting under supervision of this Court of all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct.

3.   For statutory damages under the Copyright Act.

4.   For prejudgment interest.

5.   For attorneys' fees and costs.

**Complaint**

5

6.    For such other and further relief as this Court deems just and appropriate.

Dated: September 26, 2012          DION-KINDEM & CROCKETT

BY:_____
        PETER R. DION-KINDEM, P.C.
        PETER R. DION-KINDEM
        Attorneys for Plaintiff Barry Rosen

1

## **DEMAND FOR JURY TRIAL**

2

3
     Plaintiff demands a jury trial in this case.

4

Dated: September 26, 2012       DION-KINDEM & CROCKETT

5

6

7

8
     BY:_____

9
          PETER R. DION-KINDEM, P.C.
          PETER R. DION-KINDEM

10
          Attorneys for Plaintiff Barry Rosen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Rosen v. Softlayer
# Exhibit 1 to Complaint

| Item | Registration Name | Registration Number | Subject |
|---|---|---|---|
| 1 | Anna Kournikova 9 | VA 1-239-754 | Kournikova |
| 2 | Anna Kournikova 19 | VA 1-230-943 | Kournikova |
| 3 | Anna Kournikova 7 | VA 1-239-757 | Kournikova |
| 4 | Anna Kournikova 12 | VA 1-239-765 | Kournikova |
| 5 | Anna Kournikova 11 | VA 1-239-763 | Kournikova |
| 6 | Anna Kournikova 1 | VA 1-239-767 | Kournikova |
| 7 | Anna Kournikova 15 | VA 1-239-761 | Kournikova |
| 8 | Anna Kournikova 8 | VA 1-239-755 | Kournikova |
| 9 | Gena Lee Nolin 6 | VA 1-274-966 | Gena Lee Nolin |
| 10 | Published Works 2000 Pt 1 | VA 1-230-933 | Gena Lee Nolin |
| 11 | Gena Lee Nolin 2 | VA 1-230-944 | Gena Lee Nolin |
| 12 | Published Works 2000 Pt 1 | VA 1-230-933 | Gena Lee Nolin |
| 13 | Gena Lee Nolin 10 | VA 1-230-953 | Gena Lee Nolin |
| 14 | Gena Lee Nolin 12 | VA 1-230-949 | Gena Lee Nolin |
| 15 | Gena Lee Nolin 32 | VA 1-306-005 | Gena Lee Nolin |
| 16 | Gena Lee Nolin 8 | VA 1-230-962 | Gena Lee Nolin |
| 17 | Gena Lee Nolin 7 | VA 1-274-963 | Gena Lee Nolin |
| 18 | Published Works 1999 Pt 1 | VA 1-230-922 | Gena Lee Nolin |
| 19 | Gena Nolin (Home) | VAu653-334 | Gena Lee Nolin |
| 20 | Published Works 1996 Pt 1 | VA 1-230-937 | Amy Weber |
| 21 | Amy Weber Unpublished 2 | VAu653-336 | Amy Weber |
| 22 | Jeri Ryan | VAu660-267 | Jeri Ryan |
| 23 | Jeri Ryan | VAu660-267 | Jeri Ryan |
| 24 | Published Works 1998 Pt 1 | VA 1-231-030 | Jeri Ryan |
| 25 | Published Works 2003 Pt 1 | VA 1-230-934 | Priscilla Taylor |
| 26 | Published Works 2003 Pt 1 | VA 1-230-934 | Priscilla Taylor |
| 27 | Published Works 2002 Pt 1 | VA 1-230-923 | Lana Parrilla |
| 28 | Published Works 2002 Pt 1 | VA 1-230-923 | Lana Parrilla |
| 29 | Published Works 2002 Pt 1 | VA 1-230-923 | Lana Parrilla |
| 30 | Published Works 2002 Pt 1 | VA 1-230-923 | Lana Parrilla |
| 31 | Charisma Carpenter | VAu660-265 | Charisma Carpenter |
| 32 | Published Works 2001 Pt 1 | VA 1-230-935 | Sofia Vergara |
| 33 | Sofia Vergara | VAu660-266 | Sofia Vergara |
| 34 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 35 | Published Works 2003 Pt 1 | VA 1-230-934 | Daisy Fuentes |
| 36 | Published Works 2003 Pt 2 | VA 1-239-762 | Daisy Fuentes |
| 37 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 38 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |

# Rosen v. Softlayer
# Exhibit 1 to Complaint

| Item | Registration Name | Registration Number | Subject |
|------|-------------------|---------------------|---------|
| 39 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 40 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 41 | Published Works 2003 Pt 2 | VA 1-239-762 | Daisy Fuentes |
| 42 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 43 | Published Works 2003 Pt 2 | VA 1-239-762 | Daisy Fuentes |
| 44 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 45 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 46 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 47 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 48 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 49 | Published Works 2003 Pt 2 | VA 1-239-762 | Daisy Fuentes |
| 50 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 51 | Ali Landry | VAu660-263 | Ali Landry |
| 52 | Ali Landry | VAu660-263 | Ali Landry |
| 53 | Published Works 2000 Pt 1 | VA 1-230-933 | Ali Landry |
| 54 | Ali Landry | VAu660-263 | Ali Landry |
| 55 | Published Works 1997 Pt 1 | VA 1-231-031 | Alison Eastwood |
| 56 | Published Works 2002 Pt 1 | VA 1-230-923 | Pilar Montenegro |
| 57 | Published Works 2002 Pt 1 | VA 1-230-923 | Pilar Montenegro |
| 58 | Published Works 2003 Pt 1 | VA 1-230-934 | Pennelope Jimenez |
| 59 | Published Works 2003 Pt 1 | VA 1-230-934 | Pennelope Jimenez |
| 60 | Published Works 2003 Pt 1 | VA 1-230-934 | Pennelope Jimenez |
| 61 | Published Works 2002 Pt 1 | VA 1-230-923 | Pennelope Jimenez |
| 62 | Published Works 1997 Pt 1 | VA 1-231-031 | Sung Hi Lee |
| 63 | Erika Eleniak | VAu692-231 | Erika Eleniak |
| 64 | Erika Eleniak | VAu692-231 | Erika Eleniak |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV12- 8369 PSG (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

**I (a) PLAINTIFFS** (Check box if you are representing yourself □)
Barry Rosen

**DEFENDANTS**
Sonlayer Technologies, Inc., and Does 1 through 10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter R. Dion-Kindem, Dion-Kindem & Crockett
21031 Ventura Blvd., Suite 401, Woodland Hills, CA 91364
818-883-4400

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant

□ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
□ 2 Removed from State Court
□ 3 Remanded from Appellate Court
□ 4 Reinstated or Reopened
□ 5 Transferred from another district (specify):
□ 6 Multi-District Litigation
□ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes   ☑ No   □ **MONEY DEMANDED IN COMPLAINT: $**_____

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement - 17 U.S.C. section 101, et seq.

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
□ 400 State Reapportionment
□ 410 Antitrust
□ 430 Banks and Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation
□ 470 Racketeer Influenced and Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Sat TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 890 Other Statutory Actions
□ 891 Agricultural Act
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 895 Freedom of Info. Act
□ 900 Appeal of Fee Determination Under Equal Access to Justice
□ 950 Constitutionality of State Statutes

**CONTRACT**
□ 110 Insurance
□ 120 Marine
□ 130 Miller Act
□ 140 Negotiable Instrument
□ 150 Recovery of Overpayment & Enforcement of Judgment
□ 151 Medicare Act
□ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
□ 153 Recovery of Overpayment of Veteran's Benefits
□ 160 Stockholders' Suits
□ 190 Other Contract
□ 195 Contract Product Liability
□ 196 Franchise

**REAL PROPERTY**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Fed. Employers' Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Personal Injury-Med Malpractice
□ 365 Personal Injury-Product Liability
□ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
□ 462 Naturalization Application
□ 463 Habeas Corpus-Alien Detainee
□ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**BANKRUPTCY**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
□ 441 Voting
□ 442 Employment
□ 443 Housing/Accommodations
□ 444 Welfare
□ 445 American with Disabilities - Employment
□ 446 American with Disabilities - Other
□ 440 Other Civil Rights

**PRISONER PETITIONS**
□ 510 Motions to Vacate Sentence Habeas Corpus
□ 530 General
□ 535 Death Penalty
□ 540 Mandamus/ Other
□ 550 Civil Rights
□ 555 Prison Condition

**FORFEITURE / PENALTY**
□ 610 Agriculture
□ 620 Other Food & Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 R.R. & Truck
□ 650 Airline Regs
□ 660 Occupational Safety /Health
□ 690 Other

**LABOR**
□ 710 Fair Labor Standards Act
□ 720 Labor/Mgmt. Relations
□ 730 Labor/Mgmt. Reporting & Disclosure Act
□ 740 Railway Labor Act
□ 790 Other Labor Litigation
□ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☑ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**SOCIAL SECURITY**
□ 861 HIA (1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g))
□ 864 SSID Title XVI
□ 865 RSI (405(g))

**FEDERAL TAX SUITS**
□ 870 Taxes (U.S. Plaintiff or Defendant)
□ 871 IRS-Third Party 26 USC 7609

---

CV12-08369

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | SoftLayer Technologies, Inc., Texas |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): /s Peter R. Dion-Kindem     Date September 26, 2012

    **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address: Peter R. Dion-Kindem (95267)
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Telephone: 818-883-4400
Fax: 818-676-0246

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

~~Barry Rosen~~

Soflayer technologies inc.  v.

~~Special Ideas~~, and Does 1 through 10

PLAINTIFF(S)

| CASE NUMBER |
| --- |
| CV12-08369 PSG(VBKx) |

**SUMMONS**

DEFENDANT(S).

TO: DEFENDANT(S) _____

Soft layer technologies, inc

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Peter R. Dion-Kindem _____, whose address is 21271 Burbank Blvd., Suite 100, Woodland Hills, CA 91367 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SEP 2 8 2019

Dated: _____

Clerk, U.S. District Court

By: _____
        Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)