1  PETER R. DION-KINDEM (SBN 95267)
   THE DION-KINDEM LAW FIRM
2  PETER R. DION-KINDEM, P. C.
   21550 Oxnard Street, Suite 900
3  Woodland Hills, CA 91367
   Telephone:  (818) 883-4900
4  Fax:        (818) 883-4902

5  Attorneys for Plaintiff Barry Rosen

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

12 Barry Rosen,                              **Case No.  12−CV−08369−PSG−VBK**

13        Plaintiff,                         **Stipulation re Dismissal of Action**

14        vs.

15 SoftLayer Technologies, Inc., and Does 1
   through 10,
16
          Defendants.
17

18     Plaintiff Barry Rosen and Defendant SoftLayer Technologies, Inc. have settled this action. Under the terms of the settlement, Rosen has agreed to dismiss his Complaint with prejudice, with each party bearing his and its attorney's fees and costs. The parties hereby stipulate to such dismissal.

22     Dated: September 16, 2013              THE DION-KINDEM LAW FIRM

24                                            By:  *s/ Peter R. Dion-Kindem*
25                                                 Peter R. Dion-Kindem, P.C.
                                                   Peter R. Dion-Kindem
26                                                 Attorneys for Plaintiff Barry Rosen

**Stipulation re Dismissal of Action**

1

Dated: September 16, 2013         **DLA PIPER LLP (US)**

                                           By: */s/ Patrick S. Park*
                                                      Patrick S. Park
                                                      Attorneys for Defendant
                                                      SoftLayer Technologies, Inc.