PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902

E-FILED 09/17/13

JS-6

Attorneys for Plaintiff Barry Rosen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>            Plaintiff,<br><br>      vs.<br><br>SoftLayer Technologies, Inc., and Does 1 through 10,<br><br>            Defendants. | Case No. 12−CV−08369−PSG−VBK<br><br>**Order on Stipulation re Dismissal of Action** |

   Pursuant to the Stipulation of the parties, Plaintiff's complaint is hereby dismissed with prejudice, with each party bearing his and its own attorney's fees and costs.

   Dated: __9/17/13__                              PHILIP S. GUTIERREZ
                                                                District Court Judge